```
              UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF MISSISSIPPI
                     WESTERN DIVISION
```

RAYMOND DOUGLAS                                         PLAINTIFF

v.                               CIVIL ACTION NO.: 3:09CV44-DAS

COMMISSIONER OF SOCIAL SECURITY                         DEFENDANT

### FINAL JUDGMENT

Consistent with the Memorandum Opinion entered this day,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is **DISMISSED** with prejudice for the claimant's failure to obey an order of the court and for his failure to prosecute.

This, the 2nd day of March, 2010.

                                /s/ David A. Sanders
                                UNITED STATES MAGISTRATE JUDGE