UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RAYMOND DOUGLAS                                                    PLAINTIFF

v.                                              CIVIL ACTION NO.: 3:09CV44-DAS

COMMISSIONER OF SOCIAL SECURITY                                    DEFENDANT

## MEMORANDUM OPINION

This matter is before the court *sua sponte* for dismissal.

By Order (# 8) dated August 5, 2009, the claimant was directed to file his brief in support of the complaint within 30 days. On September 8, 2009, the court granted the claimant's motion(# 13) for an additional 14 days in which to file his brief. On January 12, 2010, the claimant having failed to timely file his brief, the court ordered him to show cause within 11 days why this case should not be dismissed for failure to obey an order of the court and for failure to prosecute pursuant to Fed.R.Civ.P. 41(b). It has now been more than a month since the claimant was required to respond, yet the court has neither received a response nor a request for additional time. Accordingly, the court finds this case should be dismissed with prejudice for the claimant's failure to obey an order of the court and for failure to prosecute pursuant to Fed.R.Civ.P. 41(b). A final judgment will be entered separately.

This 2nd day of March, 2010.

                                        /s/ David A. Sanders
                                        UNITED STATES MAGISTRATE JUDGE